UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:11-CR-94-1F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DUSTIN BRANDON ELLINGTON | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Thursday, September 8, 2011, in Wilmington. The case is hereby CONTINUED to the court's October 3, 2011, term of court in Wilmington, North Carolina.

This the 1st day of September, 2011.

_____
James C. Fox
Senior U.S. District Judge